**IT IS SO ORDERED**
Judge Thelton E. Henderson

LAW OFFICES OF TODD M. FRIEDMAN
Todd M. Friedman, Bar No. 216752
tfriedman@attorneysforconsumers.com
324 South Beverly Drive, #725
Beverly Hills, CA 90212
Tel:   +1.877.206.4741
Fax:   +1.866.633.0228

Attorneys for Plaintiff
LAURIE MUNNING

MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
Esther K. Ro, Bar No. 252203
esther.ro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendants
THE GAP, INC., GAP (APPAREL) LLC, GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC LLC, and BANANA REPUBLIC (APPAREL) LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MUNNING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GAP, INC., GAP (APPAREL) LLC, GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC LLC, and BANANA REPUBLIC (APPAREL) LLC,<br><br>Defendants. | Case No. 3:16-cv-03804-TEH<br><br>**STIPULATION ALLOWING PLAINTIFF MORE TIME TO FILE AN AMENDED COMPLAINT AND DEFENDANTS ADDITIONAL TIME TO RESPOND** |

COME NOW, Plaintiff Laurie Munning and Defendants The Gap, Inc., Gap (Apparel) LLC., Gap International Sales, Inc., Banana Republic LLC., and Banana Republic (Apparel) LLC. (collectively referred to herein as "Defendants" or "Gap"), by and through respective counsel, hereby stipulate to permit Plaintiff to file her First Amended Complaint on or before December 12, 2016 and for Defendant Gap to respond to the First Amended Complaint on or before January 9, 2017.

GOOD CAUSE exists for permitting Plaintiff to have until December 12, 2016 to file her First Amended Complaint. Plaintiff intends to reserve her CLRA notice on the Defendants in the near future. Instead of Plaintiff filing her First Amended Complaint on November 18, 2016 then moving to then again amend her pleadings in 30 days once the CLRA notice period expires, the parties deemed it more efficient to permit Plaintiff to file her First Amended Complaint on or before December 12, 2016 to avoid unnecessary motion practice as well as an extra set of pleadings.

WHEREBY, Plaintiff Laurie Munning and Defendant Gap by and through their respective counsel hereby stipulate that Plaintiff's First Amended Complaint shall be filed on or before December 12, 2016 and further stipulate that Defendant Gap's response to the First Amended Complaint shall be filed on or before January 9, 2017.

SO STIPULATED

Dated: November 8, 2016                LAW OFFICES OF TODD M. FRIEDMAN

                                       By  */s/ Todd M. Friedman*
                                           Todd M. Friedman

                                       And


                                       PARIS ACKERMAN & SCHMIERER LLP
                                       Ross H. Schmierer, Esq. (*admitted pro hac vice*)


                                       and


                                       DeNITTIS OSEFCHEN, P.C.
                                       Stephen P. DeNittis, Esq. (*admitted pro hac vice*)
                                           Attorneys for Plaintiff
                                           LAURIE MUNNING


Dated: November 8, 2016                MORGAN, LEWIS & BOCKIUS LLP


                                       By  */s/ Joseph Duffy*
                                           Joseph Duffy
                                           Esther K. Ro
                                           Attorneys for Defendants
                                           THE GAP, INC., GAP (APPAREL) LLC, GAP
                                           INTERNATIONAL SALES, INC., BANANA
                                           REPUBLIC LLC, and BANANA REPUBLIC
                                           (APPAREL) LLC

**ATTESTATION**

I, Stephen P. DeNittis, am the registered ECF user whose username and password are being used to file this Stipulation. In compliance with LR 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated: November 8, 2016

By  */s/ Stephen P. DeNittis*

Filed electronically on this 8th day of November, 2016, with:

United States District Court CM/ECF system

Notification sent electronically on this 8th day of November, 2016, to:

Honorable Thelton E. Henderson
United States District Court
Northern District of California

Joseph Duffy, Esq.
MORGAN, LEWIS & BOCKIUS LLP
300 S. Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132

Attorney for Defendants

s/Stephen P. DeNittis
    Stephen P. DeNittis