1  **Law Offices of Todd M. Friedman, P.C.**
   Todd M. Friedman, Esq. (SBN 216752)
2  tfriedman@toddflaw.com
   21550 Oxnard St., Ste 780
3  Woodland Hills, CA 91367
   Tel: 877-206-4741
4  Fax: 866-633-0228
   *Attorneys for Plaintiff*

6  **UNITED STATES DISTRICT COURT**

7  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURIE MUNNING, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE GAP, INC.; GAP (APPAREL) LLC; GAP INTERNATIONAL SALES, INC.; BANANA REPUBLIC LLC; and BANANA REPUBLIC (APPAREL) LLC,<br><br>                    Defendants. | Case No.: 3:16-cv-03804-TEH<br><br>**CLASS ACTION**<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hearing Date: February 13, 2017<br>Time:             10:00 am<br>Ctrm:             12 – 19th Floor<br>Hon. Thelton E. Henderson |

NOTICE OF SUPPLEMENTAL AUTHORITY
3:16-cv-03804-TEH

**TO THE COURT AND EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY:**

Pursuant to Local Rule 7-3(d)(2), plaintiff respectfully submits the following supplemental authority in support of her Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Class Action Complaint ("Opposition Brief"), which was heard before this Court on February 13, 2017. Attached hereto as Exhibit A is a copy of *Thomas Luca, JR. v. Wyndham Worldwide Corp., et al.,* 2:16-cv-00746 (W.D.Pa. February 15, 2017). This judicial opinion was published after the date that the Court held oral argument and is relevant to: (i) allegations sufficient to assert a quantifiable loss for purposes of the New Jersey Consumer Fraud Act ("CFA"), N.J.S.A. § 56:8-1, *et seq.*; and (ii) whether the CFA can serve as a basis of a claim under the New Jersey Truth-in-Consumer Contract Warranty and Notice Act, N.J.S.A. § 56:12-14, *et seq.*

Dated:  February 17, 2017            **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:    /s/ Todd M. Friedman
       Todd M. Friedman

and

**PARIS ACKERMAN & SCHMIERER LLP**
Ross H. Schmierer, Esq.
*Admitted Pro Hac Vice*
ross@paslawfirm.com
103 Eisenhower Parkway
Roseland, NJ 07068
Tel:  973-228-4860
Fax:  973-629-1246

and

**DeNITTIS OSEFCHEN PRINCE, P.C.**
Stephen P. DeNittis, Esq.
*Admitted Pro Hac Vice*
sdenittis@denittislaw.com
5 Greentree Centre
525 Route 73 North, Suite 410
Marlton, NJ 08053
Tel.:  (856) 797-9951
Fax:  (856) 797-9978

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and all paper copies will be sent to those indicated as non registered participants on February 17, 2017.

Dated February 17, 2017                                 Respectfully submitted,

                                                        s/ Todd M. Friedman
                                                        Todd M. Friedman