LAW OFFICES OF TODD M. FRIEDMAN
Todd M. Friedman, Bar No. 216752
tfriedman@attorneysforconsumers.com
324 South Beverly Drive, #725
Beverly Hills, CA 90212
Tel:   +1.877.206.4741
Fax:   +1.866.633.0228

Attorneys for Plaintiff
LAURIE MUNNING

MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
Esther K. Ro, Bar No. 252203
esther.ro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendants
THE GAP, INC., GAP (APPAREL) LLC, GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC LLC, and BANANA REPUBLIC (APPAREL) LLC

IT IS SO ORDERED
Judge Thelton E. Henderson
5/15/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MUNNING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GAP, INC., GAP (APPAREL) LLC, GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC LLC, and BANANA REPUBLIC (APPAREL) LLC,<br><br>Defendants. | Case No. 3:16-cv-03804-TEH<br><br>**STIPULATION ALLOWING PLAINTIFF'S COUNSEL TO APPEAR AT THE MOTION FOR CLARIFICATION ARGUMENT SCHEDULED FOR MAY 18, 2017 AT 2:00 pm  TELEPHONICALLY** AND ORDER DIRECTING COUNSEL TO CONTACT COURT CLERK FOR DIAL-IN INSTRUCTIONS. |

Stipulation Allowing Counsel To Appear  at the Motion For Clarification Argument

Scheduled for May 18, 2017 at 2:00 pm Telephonically

COME NOW, Plaintiff Laurie Munning and Defendants The Gap, Inc., Gap (Apparel) LLC., Gap International Sales, Inc., Banana Republic LLC., and Banana Republic (Apparel) LLC. (collectively referred to herein as "Defendants" or "Gap"), by and through respective counsel, hereby stipulate that Plaintiff's counsel may appear telephonically for argument on Plaintiff's Motion For Clarification scheduled before the Court for May 18, 2017 at 2:00 pm.

GOOD CAUSE exists for permitting Plaintiff's counsel to appear for the May 18, 2017 argument date telephonically.

WHEREBY, Plaintiff Laurie Munning and Defendant Gap by and through their respective counsel hereby stipulate that Plaintiff's counsel shall appear telephonically on May 18, 2017 before the Court at 2:00 pm to argue Plaintiff's Motion for Clarification.

SO STIPULATED

Dated: May 12, 2017      LAW OFFICES OF TODD M. FRIEDMAN

By */s/ Todd M. Friedman*
   Todd M. Friedman

And

PARIS ACKERMAN & SCHMIERER LLP
Ross H. Schmierer, Esq. (*admitted pro hac vice*)

and

DeNITTIS OSEFCHEN, P.C.
Stephen P. DeNittis, Esq. (*admitted pro hac vice*)
   Attorneys for Plaintiff
   LAURIE MUNNING

Dated: May 12, 2017        MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Joseph Duffy*
    Joseph Duffy
    Esther K. Ro
    Attorneys for Defendants
    THE GAP, INC., GAP (APPAREL) LLC, GAP
    INTERNATIONAL SALES, INC., BANANA
    REPUBLIC LLC, and BANANA REPUBLIC
    (APPAREL) LLC