**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURIE MUNNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC.; GAP (APPAREL) LLC; GAP INTERNATIONAL SALES, INC.; BANANA REPUBLIC LLC; and BANANA REPUBLIC (APPAREL) LLC,<br><br>Defendants. | Case No.: 4:16-cv-03804-HSG<br><br>**ORDER ON THE PARTIES' STIPULATION TO APPEAR AT THE SEPTEMBER 26, 2017 CASE MANAGEMENT CONFERENCE TELEPHONICALLY** |

# **ORDER**

The parties' Stipulation pursuant to Local Rule 16-10 and this Court's Civil Standing Order regarding telephonic appearances at the Case Management Conference, scheduled for September 26, 2017, at 2:00 p.m., is **GRANTED**.

Counsel for Plaintiff may appear telephonically.

Counsel for Defendants may appear telephonically.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: September 18, 2017        By: _____
                                Hon. Haywood S. Gilliam, Jr.
                                U.S. District Court Judge