| | |
|---|---|
| 1 | LAW OFFICES OF TODD M. FRIEDMAN |
| | Todd M. Friedman, Bar No. 216752 |
| 2 | tfriedman@attorneysforconsumers.com |
| | 324 South Beverly Drive, #725 |
| 3 | Beverly Hills, CA 90212 |
| | Tel: +1.877.206.4741 |
| 4 | Fax: +1.866.633.0228 |
| 5 | Attorneys for Plaintiff |
| | LAURIE MUNNING |
| 6 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | Joseph Duffy, Bar No. 241854 |
| | joseph.duffy@morganlewis.com |
| 8 | Esther K. Ro, Bar No. 252203 |
| | esther.ro@morganlewis.com |
| 9 | 300 South Grand Avenue |
| | Twenty-Second Floor |
| 10 | Los Angeles, CA 90071-3132 |
| | Tel: +1.213.612.2500 |
| 11 | Fax: +1.213.612.2501 |
| 12 | Attorneys for Defendants |
| | THE GAP, INC., GAP (APPAREL) LLC, GAP |
| 13 | INTERNATIONAL SALES, INC., BANANA |
| | REPUBLIC LLC, and BANANA REPUBLIC |
| 14 | (APPAREL) LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MUNNING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GAP, INC., GAP (APPAREL) LLC, GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC LLC, and BANANA REPUBLIC (APPAREL) LLC,<br><br>Defendants. | Case No. 4:16-cv-03804-HSG<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES AND ORDER**<br><br>Hearing Date: N/A<br>Hearing Time: N/A<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Joint Stipulation and Order

DB2/ 32692259.2

The parties jointly stipulate to continue the case management deadlines currently set in this case in order to coordinate discovery with the related case, *Pallagrosi v. Gap, Inc. et al.*, Case No. 4:17-cv-05905-HSG. On January 23, 2018, counsel for Plaintiff and the Gap Defendants appeared before this Court for the Initial Case Management Conference in *Pallagrosi*. At the conference, counsel proposed a new case management schedule so that the schedule in this case would coordinate with discovery in *Pallagrosi*. While *Munning* and *Pallagrosi* are on behalf of two different classes of purchasers, both cases involve the Gap Defendants' alleged sales practices in the marketing of its merchandise. The parties filed a proposed scheduling order in *Pallagrosi* on January 30, 2018. *See Pallagrosi* Dkt. 30. As the parties explained at the conference, many of the documents produced in the two cases by both parties will overlap. In addition, the majority of witnesses to be deposed probably will overlap as well. For this reason, the parties proposed to this Court the intention to have the two cases be coordinated so discovery may track consistently. This will permit the parties to be more efficient and cost effective in the two cases.

The parties propose the same schedule as requested in *Pallagrosi*:

- Fact discovery cutoff
    - The parties propose that all fact discovery will be completed by **June 29, 2018**.
- Expert disclosures
    - The parties shall provide initial expert disclosures on **July 27, 2018** and rebuttal expert disclosures on **August 24, 2018**. Expert discovery shall be completed by **September 7, 2018,** including expert depositions.
- L/D to file motion to class certification
    - Plaintiff shall move for class certification in *Munning* on or before **October 5, 2018**. Defendants shall have 30 days to file their brief in opposition to class certification and Plaintiff shall have 15 days to file her reply brief in support of class certification. The Class Certification hearing shall be on or after **December 6, 2018**.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 32692259.2

- o  Plaintiffs shall move for class certification in *Pallagrosi* on or before **December 28, 2018**. Defendants shall have 30 days to file their brief in opposition to class certification and Plaintiff shall have 15 days to file her reply brief in support of class certification. The Class Certification hearing shall be on or after **February 28, 2019**.

**SO STIPULATED.**

Dated: January 31, 2018          LAW OFFICES OF TODD M. FRIEDMAN

By  */s/ Todd M. Friedman*
Todd M. Friedman

and

DeNITTIS OSEFCHEN, P.C.
Stephen P. DeNittis, Esq. (*admitted pro hac vice*)
Ross H. Schmierer, Esq. (*admitted pro hac vice*)

Attorneys for Plaintiff
LAURIE MUNNING

Dated: January 31, 2018          MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Joseph Duffy*
Joseph Duffy
Esther K. Ro
Attorneys for Defendants
THE GAP, INC., GAP (APPAREL) LLC, GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC LLC, and BANANA REPUBLIC (APPAREL) LLC

DB2/ 32692259.2

**ATTESTATION**

I, Joseph Duffy, am the registered ECF user whose username and password are being used to file this Joint Stipulation. In compliance with LR 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated: January 31, 2018

By  */s/ Joseph Duffy*

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: February 1, 2018

*[signature]*
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

DB2/ 32692259.2