1  MORGAN, LEWIS & BOCKIUS LLP
   Joseph Duffy, Bar No. 241854
2  joseph.duffy@morganlewis.com
   Esther K. Ro, Bar No. 252203
3  esther.ro@morganlewis.com
   300 South Grand Avenue
4  Twenty-Second Floor
   Los Angeles, CA  90071-3132
5  Tel:   +1.213.612.2500
   Fax:  +1.213.612.2501
6
7  Attorneys for Defendants
   THE GAP, INC.; GAP (APPAREL) LLC;
8  GAP INTERNATIONAL SALES, INC.;
   BANANA REPUBLIC, LLC; and BANANA
9  REPUBLIC (APPAREL) LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MUNNING, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GAP, INC.; GAP (APPAREL) LLC; GAP INTERNATIONAL SALES, INC.; BANANA REPUBLIC, LLC; and BANANA REPUBLIC (APPAREL) LLC,<br><br>Defendants. | Case No. 4:16-cv-03804-HSG<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES AND ORDER**<br><br><br>Complaint served: May 25, 2016<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm:  2 |
| and<br>MICHAEL PALLAGROSI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GAP, INC.; GAP (APPAREL) LLC; GAP INTERNATIONAL SALES, INC.; BANANA REPUBLIC, LLC; and BANANA REPUBLIC (APPAREL) LLC,<br><br>Defendants. | Case No. 4:17-cv-05905-HSG<br><br>Complaint served:  October 25, 2017<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm:  2 |

Based on progress made at a mediation in this matter on August 20, 2018, Defendants The Gap, Inc.; Gap (Apparel) LLC; Gap International Sales, Inc.; Banana Republic, LLC; and Banana Republic (Apparel) LLC ("Defendants" or "Gap") and Plaintiff Laurie Munning and Plaintiff Michael Pallagrosi ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate to continue the case management deadlines currently set in this case, by thirty (30) days, subject to Court approval. The parties seek a brief extension of the case management deadlines in light of the need to continue discussions following the mediation in *Pallagrosi*, two pending decisions in outstanding motions in *Pallagrosi* and *Coladonato, et al. v. The Gap, Inc., et al.,* Case No. 1:17-cv-11998-JHR-KMW (D.N.J.), and the recent filing of another case in California state court.

1. On January 11, 2018, this Court entered an order setting the deadline for mediation on or before July 11, 2018. *See Pallagrosi* Dkt. 19.

2. On February 1, 2018, this Court entered a scheduling order in the related *Munning, et al. v. The Gap, Inc., et al.,* Case No. 4:16-cv-003804-HSG, setting the deadlines for fact discovery, expert disclosures, class certification motions and hearings, and dispositive motions. *See Munning* Dkt. 91. On June 14, 2018, the Court entered a Revised Scheduling Order. See *Munning* Dkt. 96.

3. The parties have been conducting fact discovery, including exchanging written discovery and producing documents. The parties have produced a voluminous number of documents and data, which is requiring significant time to process and analyze.

4. On March 8, 2018, this Court took Defendants' motion to dismiss Plaintiff's complaint in *Pallagrosi* under submission, and the motion remains pending.

5. The *Coladonoto* case, involving allegations of false advertising relating to in-store purchases at Gap and Banana Republic outlet stores was filed in the New Jersey Superior Court Law Division (Camden County) on October 9, 2017

DB2/ 34182467.1

by the same counsel as in *Munning* and *Pallagrosi*. Defendants removed the case to the United States District Court in the District of New Jersey. Plaintiff Coladonato filed a motion for remand to state court on December 7, 2017. Plaintiff Coladonato's motion for remand remains pending. If Plaintiffs' motion is denied, Defendants intend to seek to transfer it to the Northern District of California.

6. On or around May 3, 2018, Plaintiffs' counsel, on behalf of Carmen Andrews, a consumer in California, filed a new action against Defendants involving allegations of false advertising relating to in-store purchases at Gap and Banana Republic outlet stores located in California. *Andrews v. The Gap, Inc.*, et al, Case No. CGC-18-567237, Superior Court of the State of California, County of San Francisco.

7. On August 20, 2018, the parties participated in a mediation with the Hon. Jay Gandhi (Ret.) involving all four related matters. During the mediation, the parties made substantial progress with respect to a proposed agreement that would resolve all four matters on a class wide basis. The parties are continuing to work together directly and through Judge Gandhi (Ret.) to resolve the remaining differences and believe that their request for a brief amount of additional time will increase their ability to succeed on those efforts. The parties have made progress with respect to discovery and will continue to do so while they negotiate but it is their hope to avoid some of the costs and burdens of completing all discovery while they continue to negotiate.

8. Accordingly, the parties propose a brief extension of approximately four weeks of the case management schedule as follows:

| Event | Current Deadlines (*Munning* Dkt. 91) | Proposed Deadlines |
|---|---|---|
| Fact Discovery Cutoff | September 20, 2018 | October 19, 2018 |

| Initial Expert Disclosures | October 18, 2018 | November 19, 2018 |
|---|---|---|
| Rebuttal Expert Disclosures | November 15, 2018 | December 14, 2018 |
| Expert Discovery Deadline | November 29, 2018 | January 4, 2019 |
| *Munning* Motion for Class Certification Due | December 27, 2018 | January 28, 2019 |
| *Munning* Class Certification Hearing | March 7, 2019 | April 11, 2019 |
| Pallagrosi Motion for Class Certification Due | March 11, 2019 | April 8, 2019 |
| Pallagrosi Class Certification Hearing | May 9, 2019 | June 6, 2019 |

**SO STIPULATED.**

Dated: August 28, 2018          LAW OFFICES OF TODD M. FRIEDMAN

                                        By: /s/ Todd M. Friedman
                                            Todd M. Friedman

                                            and

                                            DeNITTIS OSEFCHEN PRINCE, P.C. Stephen P. DeNittis, Esq. (pro hac vice admitted)

                                            Attorneys for Plaintiff LAURIE MUNNING and MICHAEL PALLAGROSI

| | |
|---|---|
| Dated: August 28, 2018 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: /s/ Joseph Duffy |
| | Joseph Duffy |
| | Esther K. Ro |
| | Attorneys for Defendants |
| | THE GAP, INC., GAP (APPAREL) LLC, GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC LLC, and BANANA REPUBLIC (APPAREL) LLC |

## ATTESTATION

I, Joseph Duffy, am the registered ECF user whose username and password are being used to file this Joint Stipulation. In compliance with LR 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated: August 28, 2018

                                            Joseph Duffy

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: August 29, 2018

                                  HONORABLE HAYWOOD S. GILLIAM JR.
                                  United States District Judge