**Law Offices of Todd M. Friedman, P.C.**
Todd M. Friedman, Bar No. 216752
tfriedman@attorneysforconsumers.com
324 South Beverly Drive #725
Beverly Hills, CA 90212
Tel: 877-206-4741
Fax: 866-633-0228

*Attorney for Plaintiff*
LAURIE MUNNING

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MUNNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC.; GAP (APPAREL) LLC; GAP INTERNATIONAL SALES, INC.; BANANA REPUBLIC LLC; and BANANA REPUBLIC (APPAREL) LLC,<br><br>Defendants. | Case No.: 4:16-cv-03804- HSG<br><br>**F.R.C.P. 41 (a) (1)(A)(ii) STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Laurie Munning, by her undersigned counsel of record ("Plaintiff") and Defendants, The Gap, Inc; Gap (Apparel) LLC; Gap International Sales, Inc.; Banana Republic, LLC; and Banana Republic (Apparel), LLC ("Defendants") (Plaintiffs and Defendants, collectively referred to as the "Parties"), through their undersigned counsel of record, agree and stipulate that all of Plaintiff Laurie Munning's Claims set forth

in the First Amended Complaint against Defendants shall be dismissed without prejudice and without costs.

**SO STIPULATED**

BY: */s/Stephen P. DeNittis*  
Stephen P. DeNittis, Esquire  
DeNittis Osefchen, P.C.  
5 Greentree Centre, P.C. Suite 410  
525 Route 73 N.  
Marlton, New Jersey 08053  
sdenittis@denittislaw.com  
Tel: 856-797-9951  
Fax: 856-797-9978  

Law Offices of Todd M. Friedman, P.C.  
Todd M. Friedman, Esquire  
tfriedman@attorneysforconsumers.com  
324 South Beverly Drive #725  
Beverly Hills, CA 90212  
Tel: 877-206-4741  
Fax: 866-633-0228  

Daniel M. Hattis, Esquire  
Hattis Law, PLLC  
1134 Crane Street, #216  
Menlo Park, CA 94025  

**Attorneys for Plaintiffs**

BY: */s/ Joseph Duffy*  
Joseph Duffy, Esquire  
Morgan, Lewis & Bockius,  
300 S. Grand Ave, 22nd Fl  
Los Angeles, CA 90071  
joseph.duffy@morganlewis.com  
Tel: 1-213-612-7378  
**Attorneys for Defendants**

## PROOF OF SERVICE

I, Stephen P. DeNittis, state the following:

On November 2, 2018, I served the foregoing document on the parties listed below:

**Joseph Duffy, Esq.**

**Esther K. Ro, Esq.**

**Morgan, Lewis & Bockius, LLP**
**Attorneys for Defendants**

By the following means of service:

[X]  **BY ELECTRONIC CASE FILING:** I filed the submitted documents listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]  **STATE:** I declare under penalty of perjury under the laws of New Jersey that the above is true and correct.

Executed on November 2, 2018.

By:  /s/ Stephen P. DeNittis

Stephen P. DeNittis